No. 98–285. HAMMONS, DBA FULL CIRCLE DISTRIBUTING *v.* ALCAN ALUMINUM CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–290. MARLBORO FOOTWORKS, LTD., ET AL. *v.* AEROGROUP INTERNATIONAL, INC. C. A. Fed. Cir. Certiorari denied.

No. 98–291. MORRIS *v.* MORRIS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 98–298. DIETRICH *v.* CHEW, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF CHEW, DECEASED, ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–317. SIGSBEY *v.* HARTMAN, JUDGE, 190TH JUDICIAL DISTRICT OF TEXAS, DALLAS COUNTY. Sup. Ct. Tex. Certiorari denied.

No. 98–321. COLE, SUBSTITUTE TRUSTEE, ESTATE OF REYNOLDS, DECEASED, ET AL. *v.* MITCHELL, PERSONAL REPRESENTATIVE OF THE ESTATE OF MITCHELL, DECEASED. Sup. Ct. Tenn. Certiorari denied.

No. 98–324. MAYER ET UX. *v.* ALLEN, MATKINS, LECK, GAMBLE & MALLORY ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–327. ABELA *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 98–329. BRANDON *v.* CHICAGO BOARD OF EDUCATION. C. A. 7th Cir. Certiorari denied.

No. 98–331. SHAFER *v.* BOARD OF REGENTS OF THE STATE OF NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 98–333. WOOD *v.* MEADOWS, SECRETARY, STATE BOARD OF ELECTIONS OF VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 98–340. MCMANAMA *v.* BAGLEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–341. HINCHLIFFE *v.* RESIDENTIAL PORTFOLIO INVESTMENT GROUP II. Super. Ct. Pa. Certiorari denied.